IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-305-D

| | |
|---|---|
| INDUSTRIAL TECHNICAL, AND PROFESSIONAL EMPLOYEES UNION, OPEIU LOCAL 4873, <br><br> Plaintiff, <br><br> v. <br><br> ACCESS SERVICES, INC., and FRANKLIN JOHNSON, President, <br><br> Defendants. | **ENTRY OF DEFAULT** |

On November 11, 2019, plaintiff Industrial, Technical, and Professional Employees Union, OPEIU Local 4873 asked the clerk to enter default as to defendant Access Services, Inc., and Franklin Johnson. See [D.E. 11].

The record shows that defendant Franklin Johnson was personally served on August 10, 2019 [D.E. 7], and the current President of defendant Access Services, Inc., was personally served on August 9, 2019 [D.E. 7]. Although Franklin Johnson copied the clerk's office on a letter he sent to counsel for plaintiff, he has not filed an answer or otherwise defended in this action. Accordingly, plaintiff's request to enter default [D.E. 11] is GRANTED, and default is entered against defendants Access Services, Inc., and Franklin Johnson. See Fed. R. Civ. P. 55(a)

SO ORDERED. This *10* day of December 2019.

PETER A. MOORE, JR.
Clerk of Court