IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-CV-305-D

INDUSTRIAL, TECHNICAL, AND
PROFESSIONAL EMPLOYEES UNION,
OPEIU LOCAL 4873,

    Plaintiff,

Case No. 5:19-CV-305-D

ORDER AND DEFAULT JUDGMENT

v.

ACCESS SERVICES, INC.

and

FRANKLIN JOHNSON, President

    Defendants.

**AND NOW**, upon consideration of Plaintiff's Motion for Default Judgment pursuant to Rule 55((b)(1) of the Federal Rules of Civil Procedure, accompanying affidavits, and any response thereto; and

**IT APPEARING TO THE COURT** that the Complaint and Summons in this action were duly served upon Defendant Access Services, Inc. on August 9, 2019 via personal service performed by a process server; and

**IT APPEARING TO THE COURT** that the Complaint and Summons in this action were duly served upon Defendant Franklin Johnson on August 10, 2019 via personal service performed by a process server; and

**IT APPEARING TO THE COURT** that the time in which Defendants may answer or otherwise respond to the Complaint has expired; and

**IT APPEARING TO THE COURT** that neither Defendant has filed a timely answer or response to the Complaint after being duly served; and

**IT APPEARING TO THE COURT** that neither Defendant has moved the Court for additional time to answer or otherwise respond, nor has such additional time been extended; and

**IT APPEARING TO THE COURT** that Plaintiff has filed affidavits providing all necessary information required by Local Rule 55.1; and

**IT APPEARING TO THE COURT** that the principal amount resulting from this action can be reasonably calculated as a sum certain; and

**IT APPEARING TO THE COURT** that Plaintiff has provided adequate information enabling the computation of interest to be calculated to the date of judgment;

**NOW, THEREFORE**, Plaintiff's Motion for Default Judgment is **GRANTED** and it is hereby:

**ORDERED** that default judgment is jointly and severally entered against Defendants Access Services, Inc. and Franklin Johnson and in favor of Plaintiff in the amount of _Six_ Thousand, _Seven_ Hundred _Seventy_ Dollars and ___0___ Cents ($ _6,770.-_) including:

a. Unremitted union in the amount of Five Thousand, Two Hundred Fifty Dollars ($5,250.00);

b. Prejudgment interest calculated at the rate of eight percent (8%) per annum in the amount of _One_ Thousand, _One Hundred and Twenty Eight_ Dollars and _33_ Cents ($ _1,128.33_), pursuant to North Carolina General Statutes § 24-1; and it is further

**ORDERED** that interest on the above-mentioned judgment shall accrue at the rate provided by 28 U.S.C. § 1961; and it is further

**ORDERED** that, upon further application to the Court, Plaintiff is awarded reimbursement of all reasonable costs it incurs in the collection and enforcement of this judgment; and it is further

2

**ORDERED** that this Order and Judgment is enforceable, without duplication, by Plaintiff and its agents.

**SO ORDERED**. This  29  day of January, 2020.

JAMES C. DEVER III
United States District Judge